UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -1 P 4: 44

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| THANH H. NGUYEN | * | CIVIL ACTION |
| VERSUS | * | NO.: 00-~~1079~~ 179 |
| AKRL, INC. as owner and As manager of the MARINE VESSEL LADY ROSE | * * | SECTION: "K" (4) "N" "I" |

\* \* \* \* \* \* \*

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW COMES, THANH H. NGUYEN, who desires to amend his original complaint herein as follows:

1.

By adding a paragraph II(a). to read as follows:

II(a).

The Jurisdiction of this Honorable Court is established according to the Jones Act, 46 USCA Section 688, *et seq.*, General Maritime Law, and Diversity Jurisdiction under Federal Law of the United States of America, as there is complete diversity of citizenship and domicile between the petitioner and defendants.

2.

By adding a paragraph III(a). to read as follows:

DATE OF ENTRY
JUN - 2 2000

III(a).

The defendant, Sunderland Marine Mutual Insurance Company, Limited, is a foreign corporation, domiciled in Great Britain, United Kingdom, authorized to do and doing business within the State of Louisiana; at all material times herein and hereto said corporation did insure the defendant, AKRL, Inc., according to the terms, conditions and limitations of a policy of liability, Hull and Machinery, Protection and Indemnity, Seaman and Ocean and Marine coverage.

3.

By adding a paragraph IV(a). to read as follows:

IV(a).

The claims, causes and rights of action of the petitioner, seaman, Thanh H. Nguyen, are based upon the Jones Act, 46 USCA Section 688, General Maritime Law, and Louisiana Civil Code Article 2315 *et seq.*, for all causes and rights of action sounding in tort or in negligence.

4.

By adding a paragraph V(a). to read as follows:

V(a).

The petitioner sustained reasonable damages.

5.

The defense counsel for AKRL, Inc. has no opposition to the filing of this First Supplemental and Amending Compliant.

6.

By re-alleging all of the allegations contained within paragraphs I through VIII of the original complaint.

7.

By changing paragraph IX. of the original Complaint to read as follows:

IX.

Petitioner prays for the recovery of all damages as are reasonable, legal and just in this litigation after a full trial upon the merits from the defendants herein jointly, severally, and in solido.

WHEREFORE, THANH H. NGUYEN, prays:

1. For leave of Court to file this First Supplemental and Amending Complaint.

2. That, after due proceedings be had, this Honorable Court enter a Judgement in favor of THANH H. NGUYEN for all reasonable damages, together with interest, costs, and all other relief to

which he is entitled against the M/V LADY ROSE *in rem*, and AKRL, INC., *in personam,* and Sunderland Marine Mutual Insurance Company, Limited; jointly, severally, and in solido; and

3. That the claim of THANH H. NGUYEN, be deemed good and sufficient;

4. That he may have such other and further relief as in law and justice he may be entitled to receive.

RESPECTFULLY SUBMITTED:

*[signature]*
Alan F. Schoenberger, Bar # 11811
Kirchberg & Schoenberger
13344 Chef Menteur Highway
Commerce Plaza Building, Suite A
New Orleans, Louisiana  70129
Phone: (504)254-1577

<u>PLEASE SERVE:</u>

1) AKRL, INC., Through its Attorney, Rufus C. Harris, III, 1450 Poydras Street, New Orleans, Louisiana;
2) Sunderland Marine Mutual Insurance Company, Limited, Through the Secretary of State of Louisiana, Baton Rouge, Louisiana.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THANH H. NGUYEN | * | CIVIL ACTION |
| VERSUS | * | NO.: 00-~~1079~~ 179 |
| AKRL, INC. as owner and As manager of the MARINE VESSEL LADY ROSE | * * | SECTION: "I" (4) |

\* \* \* \* \* \* \*

### O R D E R

CONSIDERING The Foregoing Allegations, and that the defense counsel for AKRL. Inc. has no opposition;

Let this First Supplemental and Amending Complaint be filed in New Orleans, Louisiana, upon this __31__ day of May, 2000.

_____
JUDGE