FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -4 AM 8:46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THANH H. NGUYEN                                CIVIL ACTION

VERSUS                                         NUMBER: 00-179

AKRL, INC.                                     SECTION: "I"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

New Orleans, Louisiana, this 1st day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE
for H.A.M. Jr.

DATE OF ENTRY
DEC - 4 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 10