

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 30 PM 1:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THANH H. NGUYEN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: ~~00-1079~~ 00-179 |
| | * | |
| AKRL, INC. AS OWNER AND | * | SECT. ~~K~~ (4) |
| MANAGER OF THE MARINE | * | "I" |
| VESSEL LADY ROSE | | |

## MOTION TO DISMISS

On motion of the parties herein, through their undersigned attorneys, it is suggested to the Court that all of the matters which are the subject of the Complaint herein have been fully settled, satisfied and compromised and, accordingly, that same should be dismissed with prejudice, as of compromise, with each party bearing its own costs.

Respectfully submitted,

HARRIS & RUFTY, L.L.C.

_____
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
GARY A. ROBINSON (#27061)
1450 Poydras Street, Suite 1510
New Orleans, Louisiana 70112
Telephone: (504) 525-7500
Attorney for Defendant

DATE OF ENTRY
DEC - 5 2000

Fee_____
Process____
X Dktd_____
_ CtRmDep__
Doc.No.__11__

-1-

_____
ALAN SCHOENBERGER (#11811)
KIRCHBERG & SCHOENBERGER
13344 Chef Menteur Highway
Commerce Plaza Building, Suite A
New Orleans, Louisiana 70129
Telephone: (504) 254-5239
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THANH H. NGUYEN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 00-1079 |
| | * | "N" |
| AKRL, INC. AS OWNER AND MANAGER OF THE MARINE VESSEL LADY ROSE | * * | SECT. "X" (4) |

## ORDER OF DISMISSAL

IT IS ORDERED that the Complaint herein be, and the same is hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this 4 day of ~~November~~ December, 2000

_____
JUDGE